558 A.2d 529

In re CONDEMNATION BY URBAN REDEVELOPMENT AU-THORITY OF PITTSBURGH OF CERTAIN LAND IN THE TWENTY-SECOND AND TWENTY-THIRD WARDS of the City of Pittsburgh, Allegheny County, Redevelopment Area NO. 39 (North Shore), Being Property of: E-V Company, a partnership composed of Emil F. Kehr and Vincent E. Malone, or any other persons found to have an interest in the property, Keller Office Equipment Company, and Pittsburgh Harley Davidson, Inc., formerly Allegheny County Distributors, Inc., a Pennsylvania corporation, or any other person found to have an interest in the property.

Petition of E-V COMPANY, a partnership composed of Emil F. Kehr and Vincent E. Malone, or any other persons found to have an interest in the property and Keller Office Equipment Company.

Supreme Court of Pennsylvania.

May 15, 1989.

ORDER

PER CURIAM.

AND NOW, this 9th day of May, 1989, it is hereby ordered that the Petition for Allowance of Appeal be and is hereby granted; it is further ordered that the issues on

appeal be limited to the first two issues raised in Petitioners' Petition for Allowance of Appeal, viz., whether the condemnees have been unconstitutionally denied a meaningful hearing at a meaningful time to challenge the certification of blight which has affected their property and their property rights and exposed them to a condemnation proceeding, and whether the taking is invalid for the failure of the certification of blight process to comply with the requirements of the Local Agency Law.